DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

DEC 14'09 AM 10:42 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
LEAL JR, JOSUE

Debtor

Case No. 07-02570-FLK13

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $23.94, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 15 | THORNTON FINANCIAL SVC<br>9710 SCRANTON RD<br>SAN DIEGO, CA  92121 | $23.94 |

Dated: December 08, 2009

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4873625    12-14-09    $ 23.94