DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

JAN 6'10AM 9:35 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
LEAL JR, JOSUE

Case No. 07-02570-FLK13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $15.95, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---------|----------|--------|
| 15 | THORNTON FINANCIAL SVC<br>9710 SCRANTON RD<br>SAN DIEGO, CA  92121 | $15.95 |

Dated: January 05, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487373Y        1-6-10        $15.95