DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

MAR 5'10AM10:48 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

LEAL JR, JOSUE

Case No. 07-02570-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $39.89, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 15 | THORNTON FINANCIAL SVC<br>9710 SCRANTON RD<br>SAN DIEGO, CA  92121 | $39.89 |

Dated: March 03, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487403Y      3-5-10                    $39.89