DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
LEAL JR, JOSUE

Case No. 07-02570-FLK13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $15.95, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 15 | THORNTON FINANCIAL SVC<br>9710 SCRANTON RD<br>SAN DIEGO, CA 92121 | $15.95 |

Dated: April 02, 2010

*(signature)*
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 4874189    4-8-10    $15.95*